UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND et al., <br>　　　　　Plaintiffs, <br>　　v. <br><br>PETERSON REBAR PLACEMENT LLC, <br>　　　　　Defendant, <br>　　v. <br><br>JOHN KORSMO CONSTRUCTION INC., <br>　　　　　Garnishee-Defendant. | CASE NO. MC24-0024-KKE <br><br>ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS |

　　　This matter comes before the Court on Plaintiffs' motion for judgment on the pleadings. Dkt. No. 8. The motion states "Judgments to Bear Interest at: 12%." *Id.* at 2. Plaintiffs do not identify the basis for application of this interest rate instead of the presumed federal interest rate provided at 28 U.S.C. § 1961.[1] Accordingly, Plaintiffs' motion is DENIED without prejudice.

　　　Dated this 24th day of June, 2024

　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] To the extent Plaintiffs rely on Wash. Rev. Code § 6.27.090 for this interest rate, Plaintiffs must explain why this interest rate would apply to the actual judgment against the garnishee, as the statute merely applies to the amount the garnishee is required to hold.

ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS - 1