Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al.,

    Plaintiffs,

v.

PETERSON REBAR PLACEMENT, LLC, Contractor's License No. PETERRP857CO, UBI No. 603435547,

    Defendant,

JOHN KORSMO CONSTRUCTION, INC.,

    Garnishee.

Case No. 2:24-mc-00024-KKE

JUDGMENT AND ORDER TO PAY

[Non-Consumer Debt]

RCW 6.27.250

## JUDGMENT SUMMARY

| | |
|---|---|
| Plaintiff/Judgment Creditor: | Board of Trustee of the Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Funds, and Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund |
| Garnishment Judgment Debtor: | John Korsmo Construction, Inc. |
| Garnishment Judgment Amount | $4,030.11 |
| Cost Judgment Debtor: | Peterson Rebar Placement, LLC |
| Costs Judgment Amount: | $280.00 |
| Defendant/Judgment Debtor | Peterson Rebar Placement, LLC |
| Judgments to bear interest at | 12% |
| Attorney for Plaintiff/ Judgment Creditor: | Noelle E. Dwarzski<br>Barlow Coughran Morales & Josephson, PS |

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $ 4,030.11 that at the time the writ of garnishment was issued defendant was employed by or maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs and attorney fees of $280.00; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff is awarded judgment against garnishee in the amount of $4,030.11; that plaintiff is awarded judgment against defendant in the amount of $280.00 for recoverable costs; garnishee shall pay its judgment amount to plaintiff's attorney, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated:  July 3, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge